# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00811-CR
NO. 03-05-00812-CR
NO. 03-05-00813-CR

**The State of Texas, Appellant**

**v.**

**John Dominick Colyandro, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NOS. D-1-DC-05-904150, D-1-DC-05-904156 & D-1-DC-05-904159
HONORABLE WAYNE PATRICK PRIEST, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The State appeals the district court's order quashing those portions of the indictments against John Dominick Colyandro accusing him of conspiring to violate the election code. *See* Tex. Pen. Code Ann. § 15.02 (West 2003); Tex. Elec. Code Ann. §§ 253.003, .094, .104 (West 2003). These causes are companions to those before us in *State v. DeLay*, Nos. 03-05-00817-CR and 03-05-00818-CR, decided this day, and raise the same issue: whether the penal code's conspiracy provision applied to the election code at the time of the alleged criminal conduct. For the reasons stated in *DeLay*, we hold that it did not.

The district court's order is affirmed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Affirmed

Filed:   April 19, 2006

Do Not Publish